UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No.

**Eight50 Holdings, LLC**

_____ Debtor(s).  /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **January 2, 2025**

                                              /s/ Arasto Farsad
                                              Signature of Debtor's Attorney or Pro Per Debtor

850 Sonoma, LLC
850 Sonoma Ave.
Santa Rosa, CA 95404


Banco Popular N. America (Popular Bank)
PO Box 4930 (PB 3-1)
Miami Lakes, FL 33014-8500


CCRC LLC
850 Sonoma Ave.
Santa Rosa, CA 95404


EDD-State of California
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Franchise Tax Board (California)
PO Box 2952
Sacramento, CA 95812


Golden State Palms, Inc.
13347 Ventura Blvd.
Sherman Oaks, CA 91423


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


PSG & Associates Management, Inc
850 Sonoma Ave.
Santa Rosa, CA 95404