DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.
2818 La Cienega Ave.
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-Mail: DHR@LNBYG.com

Attorneys for Sonoma Propco, LLC

The following constitutes the order of the Court.
Signed: January 17, 2025

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>EIGHT50 HOLDINGS, LLC,<br><br>    Debtor. | Case No. 25−10004 WJL 11<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) TO ENFORCE SECURED CREDITOR'S RIGHTS AGAINST REAL PROPERTY**<br><br>Date: January 15, 2025<br>Time: 9:30 a.m.<br>Place: Courtroom 220<br>        1300 Clay Street<br>        Oakland, CA 94612 |

The *Motion For Relief From The Automatic Stay Under 11 U.S.C. § 362(d) To Enforce Secured Creditor's Rights Against Real Property* [Dkt. No. 10] (the "Motion") filed by Sonoma Propco LLC, ("Secured Creditor") came on for hearing before this Court on January 15, 2025 on the Court's 9:30 a.m. calendar. Having considered the Motion, the supporting memorandum of points and authorities, declarations and evidence presented in support thereof, the oral argument of parties at the hearing, the record in this case, finding that this bankruptcy case was filed by debtor Eight50 Holdings, LLC in bad faith, and cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein under 11 U.S.C. § 362(d)(1) based on the Court's finding that this case was commenced in bad faith;

2. Secured Creditor is granted relief from the automatic stay to pursue its remedies under applicable non-bankruptcy law, including foreclosure on the Property (as defined in the Motion); and

3. The remaining relief requested in the Motion, including Secured Creditor's request that the 14-day stay prescribed by Fed. Rule of Bankr. Proc. 4001(a)(3) be waived and its request for *in rem* relief, is denied without prejudice.

## END OF ORDER##

COURT SERVICE LIST